UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PRICE,<br><br>Plaintiff,<br><br>v.<br><br>RACHELL LONG,<br><br>Defendant. | Case No. 22-cv-10219<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE (ECF NO. 69)**

Plaintiff Robert Price, a prisoner proceeding pro se, brings this action under 42 U.S.C. § 1983, alleging that Defendant Rachell Long was deliberately indifferent to his medical needs in violation of the Eighth Amendment. ECF No. 1. The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 26.

Price moves for a settlement conference to resolve the case. ECF No. 69. The Court **DENIES** the motion without prejudice, but Price may renew his request for a settlement conference after dispositive motions are decided if any part of his complaint survives.

                                              <u>s/Elizabeth A. Stafford</u>
                                              ELIZABETH A. STAFFORD
                                              United States Magistrate Judge

Dated: July 9, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 9, 2024.

                                              <u>s/Donald Peruski</u>
                                              DONALD PERUSKI
                                              Case Manager